

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIGIPROTECT USA CORPORATION

                            Plaintiff,

           v.

JOHN/JANE DOES 1–266

                          Defendants.

Case No.: No. 10 cv 8759 (TPG) (MHD)

**ORDER TO SHOW CAUSE PERMITTING EXPEDITED DISCOVERY**

---

Upon the declaration of Jens Rommel, sworn to on November 18, 2010, the Plaintiff's accompanying Memorandum of Law in support of the motion expedited discovery, the Complaint and all of the pleadings and proceedings had herein, it is hereby,

ORDERED that the Plaintiff may serve on the Internet service providers ("ISPs") identified in the schedule attached hereto as Exhibit A immediate discovery in the form of the Rule 45 subpoena attached hereto as Exhibit B, such service to be made together with a copy of this Order; and it is further

ORDERED, that, subject to the right of each ISP to challenge this Order upon notice to Plaintiff's counsel prior to the return date of the subpoena, each ISP served hereunder shall within seven (7) calendar days of such service of this Order notify each of the subscribers whose identities are sought herein; and each such subscriber shall have 21 days from the date thereof to submit any opposition to the subpoena(s); and it is further

ORDERED that each ISP shall preserve any subpoenaed information pending the resolution of this matter or any timely filed motion to quash; and it is further

ORDERED that any information disclosed to Plaintiff's counsel shall be used solely for purposes of protecting Plaintiff's rights in connection with this litigation and shall not otherwise

NYC_936999.1

be disseminated.

SO ORDERED:

*[signature]*

Honorable Thomas P. Griesa
United States District Judge

Dated: November 23, 2010