UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIGIPROTECT USA CORP.,

*Plaintiff*,

v.

DOES 1 – 266,

*Defendants*.

No. 10-cv-008759-TPG-MHD

**NOTICE OF MOTION OF COMCAST COMMUNICATIONS MANAGEMENT, LLC.
FOR THE ADMISSION OF JOHN D. SEIVER *PRO HAC VICE***

PLEASE TAKE NOTICE that on a date and time to be set by this Court, Third Party Comcast Communications Management, LLC.. will apply to the Honorable Thomas P. Griesa, U.S. District Court Judge, at the United States District Court for the Southern District of New York, for an order granting leave for John D. Seiver to appear as its counsel in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that, in support of its motion, Comcast relies on the Affidavit of Lacy H. Koonce and Affidavit of John D. Seiver, which are submitted herewith, but that no brief is submitted because this motion is addressed to the discretion of the Court pursuant to Local Rule 1.3(c).

PLEASE TAKE FURTHER NOTICE that a proposed form of order granting the requested relief is submitted herewith.

Dated: New York, New York
       January 11, 2011

                                      DAVIS WRIGHT TREMAINE LLP

                                      By: _____
                                           Lacy H. Koonce (LK 8784)

                                      1633 Broadway
                                      New York, New York 10019
                                      Telephone: (212) 489-8230
                                      Fax: (212) 489-8340

                                      *Attorneys for Third Party Comcast*
                                          *Communications Management, LLC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIGIPROTECT USA CORP.,

 *Plaintiff,*

v.

DOES 1 – 266,

 *Defendants.*

No. 10-cv-008759-TPG-MHD

**AFFIDAVIT OF LACY H. KOONCE, III IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

STATE OF NEW YORK  )
          ) SS.:
COUNTY OF NEW YORK )

LACY H. KOONCE, III, being duly sworn, deposes and says:

 1. I am a partner with the law firm of Davis Wright Tremaine, LLP, counsel to Third Party Comcast Communications Management, LLC. I have been a member in good standing of the Bar of the State of New York since 1998, and was admitted to practice before this Court on January 1, 1999.

 2. My firm has been retained by Comcast Communications Management, LLC. to act as its counsel, along with Mr. John D. Seiver of Davis Wright Tremaine's Washington D.C. office who has advised and represented Comcast Communications Management, LLC. for many years on numerous matters and is familiar with the facts and circumstances of this particular case.

 3. Mr. Seiver is of sufficiently good character and competence to warrant admission

to appear in this Court. As set forth in his accompanying affidavit, Mr. Seiver has been a member in good standing of the Bar of the District of Columbia since 1979. There are no pending disciplinary proceedings against him in any State or Federal court.

4. In view of Mr. Seiver's qualifications and expertise, I believe that his admission to this Court *pro hac vice* would promote the just, speedy, efficient and fair determination of this action.

5. I believe no brief is necessary because this application is addressed to the discretion of the Court pursuant to Local Rule 1.3(c) and raises no issues of law.

I affirm under penalty of perjury that the foregoing is true and correct. Executed this 11th day of January, 2011.

_____
LACY H. KOONCE, III

Subscribed and sworn to before me
this 11th day of January, 2011

_____
Notary Public

LESLIE MAJER
Notary Public, State of New York
No. 4797970
Qualified in Kings County
Commission Expires October 31, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIGIPROTECT USA CORP.,

    *Plaintiff*,

v.

DOES 1 – 266,

    *Defendants*.

No. 10-cv-008759-TPG-MHD

**AFFIDAVIT OF JOHN D. SEIVER IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

STATE OF NEW YORK    )
                             ) SS.:
COUNTY OF NEW YORK  )

JOHN D. SEIVER, being duly sworn, deposes and says:

1. I am of counsel with the law firm of Davis Wright Tremaine LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia.

4. Wherefore your affiant respectfully submits that he be permitted to appear as counsel for Third Party Comcast Communications Management, LLC. and advocate *pro hac vice* in this one case.

_____
John D. Seiver
Davis Wright Tremaine LLP
Suite 800
1919 Pennsylvania Avenue NW
Washington D.C. 20006-3401
johnseiver@dwt.com
(202) 973-4200

Sworn to before me on
this  10th  day of January 2011:

_____
Notary Public

**Nichele Y. Rice**
**Notary Public, District of Columbia**
**My Commission Expires 6/30/2015**



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

JOHN D. SEIVER

was on the 17TH day of DECEMBER, 1979 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 10, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DIGIPROTECT USA CORP.,                          No. 10-cv-008759-TPG-MHD

                Plaintiff(s),
  -against-

DOES 1-266,                                     **AFFIDAVIT OF SERVICE
                                                BY MAIL**

                Defendant(s).
-----------------------------------------------------------------X
STATE OF NEW YORK    )
                     S.S :
COUNTY OF NEW YORK   )

      CONNIE ASARO, being duly sworn, deposes and says that she is employed by KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 12th day of January, 2011, deponent served a true copy of the **NOTICE OF MOTION OF COMCAST COMMUNICATIONS MANAGEMENT, LLC. FOR THE ADMISSION OJ JOHN D. SEIVER *PRO HAC VICE*; AFFIDAVIT OF LACY H. KOONCE, III IN SUPPORT OF MOTION; AFFIDAVIT OF JOHN D. SEIVER IN SUPPORT OF MOTION and [PROPOSED] ORDER** by placing the same in a securely sealed and postage paid wrapper, and mailing same via regular first class mail by depositing same within the state of New York, in an official depository maintained by the government of the United States, City and State of New York, to the following addresses:

| | |
|---|---|
| **John Britton Payne, Esq.** | **Jonathan E. Moskin, Esq.** |
| **Foley & Lardner, LLP** | **Foley & Lardner, LLP** |
| **90 Park Avenue** | **90 Park Avenue** |
| **New York, New York 10016** | **New York, New York 10016** |

Sworn to before me this
12th day of January, 2011

_____
CONNIE ASARO

_____
MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGIPROTECT USA CORP., <br><br> *Plaintiff*, <br> v. <br><br> DOES 1 – 266, <br><br> *Defendants*. | No. 10-cv-008759-TPG-MHD <br><br> **ORDER** |

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, John D. Seiver, is permitted to argue or try this particular case in whole or in part as counsel for Third PartyComcast Communications, LLC.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as Defendant's counsel in this case, and it will be entered on this Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:   New York, New York
         _____, 2011

                                          SO ORDERED:


                                          _____
                                          United States District Judge