# EXHIBIT B

Case 1:10-cv-08759-TPG   Document 18-2   Filed 03/22/11   Page 1 of 7

**DigiProtect: Infringing Downloader Information**
Anal Fanatic

| Does | Ref.No. | Provider (ISP) | IP Address | Date | Time | Title of Work |
|---|---|---|---|---|---|---|
| 1. | 95 | BellSouth.net | 74.166.87.222 | 18.10.2010 | 16:40 | Anal Fanatic Vol. 1 |
| 2. | 111 | BellSouth.net | 68.222.103.49 | 20.10.2010 | 01:22 | Anal Fanatic Vol. 1 |
| 3. | 112 | BellSouth.net | 70.152.68.128 | 20.10.2010 | 06:09 | Anal Fanatic Vol. 1 |
| 4. | 119 | BellSouth.net | 68.222.86.214 | 20.10.2010 | 12:09 | Anal Fanatic Vol. 1 |
| 5. | 138 | BellSouth.net | 74.166.87.222 | 22.10.2010 | 22:37 | Anal Fanatic Vol. 1 |
| 6. | 140 | BellSouth.net | 98.74.55.193 | 23.10.2010 | 03:53 | Anal Fanatic Vol. 1 |
| 7. | 153 | BellSouth.net | 72.152.236.229 | 24.10.2010 | 04:34 | Anal Fanatic Vol. 1 |
| 8. | 9 | Charter Communications | 75.141.239.142 | 09.10.2010 | 03:25 | Anal Fanatic Vol. 1 |
| 9. | 64 | Charter Communications | 66.190.238.159 | 15.10.2010 | 13:45 | Anal Fanatic Vol. 1 |
| 10. | 163 | Charter Communications | 24.205.72.36 | 25.10.2010 | 10:30 | Anal Fanatic Vol. 1 |
| 11. | 186 | Charter Communications | 24.183.199.115 | 29.10.2010 | 01:14 | Anal Fanatic Vol. 1 |
| 12. | 220 | Charter Communications | 71.11.249.23 | 03.11.2010 | 07:44 | Anal Fanatic Vol. 1 |
| 13. | 261 | Charter Communications | 24.183.199.115 | 09.11.2010 | 20:13 | Anal Fanatic Vol. 1 |
| 14. | 4 | Comcast Cable | 76.108.20.237 | 08.10.2010 | 20:42 | Anal Fanatic Vol. 1 |
| 15. | 5 | Comcast Cable | 76.17.141.58 | 08.10.2010 | 22:54 | Anal Fanatic Vol. 1 |
| 16. | 6 | Comcast Cable | 67.187.96.179 | 08.10.2010 | 23:53 | Anal Fanatic Vol. 1 |
| 17. | 8 | Comcast Cable | 69.242.121.218 | 09.10.2010 | 03:05 | Anal Fanatic Vol. 1 |
| 18. | 12 | Comcast Cable | 174.56.135.210 | 10.10.2010 | 00:27 | Anal Fanatic Vol. 1 |
| 19. | 13 | Comcast Cable | 67.172.176.4 | 10.10.2010 | 01:06 | Anal Fanatic Vol. 1 |
| 20. | 16 | Comcast Cable | 71.63.155.14 | 10.10.2010 | 12:03 | Anal Fanatic Vol. 1 |
| 21. | 17 | Comcast Cable | 69.247.222.162 | 10.10.2010 | 16:24 | Anal Fanatic Vol. 1 |
| 22. | 18 | Comcast Cable | 76.107.74.69 | 10.10.2010 | 19:16 | Anal Fanatic Vol. 1 |
| 23. | 19 | Comcast Cable | 71.198.115.200 | 10.10.2010 | 19:35 | Anal Fanatic Vol. 1 |
| 24. | 22 | Comcast Cable | 174.59.123.50 | 10.10.2010 | 19:47 | Anal Fanatic Vol. 1 |
| 25. | 23 | Comcast Cable | 75.65.73.14 | 10.10.2010 | 19:58 | Anal Fanatic Vol. 1 |
| 26. | 24 | Comcast Cable | 24.30.14.242 | 10.10.2010 | 23:30 | Anal Fanatic Vol. 1 |
| 27. | 25 | Comcast Cable | 69.242.121.218 | 10.10.2010 | 23:46 | Anal Fanatic Vol. 1 |
| 28. | 26 | Comcast Cable | 68.40.172.190 | 11.10.2010 | 02:44 | Anal Fanatic Vol. 1 |
| 29. | 28 | Comcast Cable | 75.68.255.114 | 11.10.2010 | 02:51 | Anal Fanatic Vol. 1 |
| 30. | 31 | Comcast Cable | 98.240.21.28 | 11.10.2010 | 06:32 | Anal Fanatic Vol. 1 |
| 31. | 38 | Comcast Cable | 76.108.20.237 | 11.10.2010 | 19:06 | Anal Fanatic Vol. 1 |
| 32. | 39 | Comcast Cable | 98.242.250.197 | 11.10.2010 | 22:02 | Anal Fanatic Vol. 1 |
| 33. | 41 | Comcast Cable | 76.121.28.126 | 12.10.2010 | 01:58 | Anal Fanatic Vol. 1 |
| 34. | 42 | Comcast Cable | 98.196.97.35 | 12.10.2010 | 06:12 | Anal Fanatic Vol. 1 |
| 35. | 44 | Comcast Cable | 71.198.115.200 | 12.10.2010 | 09:37 | Anal Fanatic Vol. 1 |
| 36. | 46 | Comcast Cable | 76.113.192.110 | 13.10.2010 | 01:35 | Anal Fanatic Vol. 1 |
| 37. | 47 | Comcast Cable | 69.136.157.186 | 13.10.2010 | 09:53 | Anal Fanatic Vol. 1 |
| 38. | 53 | Comcast Cable | 71.202.157.241 | 14.10.2010 | 19:56 | Anal Fanatic Vol. 1 |
| 39. | 54 | Comcast Cable | 71.63.158.172 | 14.10.2010 | 19:56 | Anal Fanatic Vol. 1 |
| 40. | 57 | Comcast Cable | 67.187.96.179 | 14.10.2010 | 23:54 | Anal Fanatic Vol. 1 |
| 41. | 58 | Comcast Cable | 24.18.224.78 | 14.10.2010 | 23:54 | Anal Fanatic Vol. 1 |
| 42. | 60 | Comcast Cable | 75.65.73.14 | 15.10.2010 | 01:15 | Anal Fanatic Vol. 1 |
| 43. | 62 | Comcast Cable | 69.247.222.162 | 15.10.2010 | 09:50 | Anal Fanatic Vol. 1 |
| 44. | 63 | Comcast Cable | 68.46.189.204 | 15.10.2010 | 09:54 | Anal Fanatic Vol. 1 |
| 45. | 66 | Comcast Cable | 71.194.81.71 | 15.10.2010 | 14:18 | Anal Fanatic Vol. 1 |

| Does | Ref.No. | Provider (ISP) | IP Address | Date | Time | Title of Work |
|---|---|---|---|---|---|---|
| 46. | 69 | Comcast Cable | 71.63.155.14 | 15.10.2010 | 19:19 | Anal Fanatic Vol. 1 |
| 47. | 72 | Comcast Cable | 98.249.209.184 | 15.10.2010 | 23:40 | Anal Fanatic Vol. 1 |
| 48. | 77 | Comcast Cable | 24.9.12.195 | 16.10.2010 | 14:19 | Anal Fanatic Vol. 1 |
| 49. | 78 | Comcast Cable | 76.108.20.237 | 16.10.2010 | 16:51 | Anal Fanatic Vol. 1 |
| 50. | 79 | Comcast Cable | 98.216.238.105 | 16.10.2010 | 18:35 | Anal Fanatic Vol. 1 |
| 51. | 80 | Comcast Cable | 69.247.222.162 | 16.10.2010 | 18:39 | Anal Fanatic Vol. 1 |
| 52. | 82 | Comcast Cable | 98.220.236.207 | 16.10.2010 | 18:59 | Anal Fanatic Vol. 1 |
| 53. | 85 | Comcast Cable | 71.63.158.172 | 17.10.2010 | 03:41 | Anal Fanatic Vol. 1 |
| 54. | 86 | Comcast Cable | 24.15.4.87 | 17.10.2010 | 03:41 | Anal Fanatic Vol. 1 |
| 55. | 87 | Comcast Cable | 98.231.121.218 | 17.10.2010 | 04:01 | Anal Fanatic Vol. 1 |
| 56. | 88 | Comcast Cable | 69.246.229.153 | 17.10.2010 | 08:43 | Anal Fanatic Vol. 1 |
| 57. | 90 | Comcast Cable | 67.187.96.179 | 17.10.2010 | 13:05 | Anal Fanatic Vol. 1 |
| 58. | 91 | Comcast Cable | 68.82.116.58 | 17.10.2010 | 17:44 | Anal Fanatic Vol. 1 |
| 59. | 96 | Comcast Cable | 68.82.116.58 | 18.10.2010 | 23:01 | Anal Fanatic Vol. 1 |
| 60. | 97 | Comcast Cable | 98.194.192.177 | 18.10.2010 | 23:01 | Anal Fanatic Vol. 1 |
| 61. | 98 | Comcast Cable | 69.136.157.186 | 18.10.2010 | 23:01 | Anal Fanatic Vol. 1 |
| 62. | 99 | Comcast Cable | 71.63.2.219 | 18.10.2010 | 23:04 | Anal Fanatic Vol. 1 |
| 63. | 100 | Comcast Cable | 76.108.20.237 | 18.10.2010 | 23:14 | Anal Fanatic Vol. 1 |
| 64. | 101 | Comcast Cable | 98.244.175.112 | 18.10.2010 | 23:38 | Anal Fanatic Vol. 1 |
| 65. | 103 | Comcast Cable | 67.187.96.179 | 19.10.2010 | 14:50 | Anal Fanatic Vol. 1 |
| 66. | 104 | Comcast Cable | 24.18.147.141 | 19.10.2010 | 14:52 | Anal Fanatic Vol. 1 |
| 67. | 108 | Comcast Cable | 75.65.73.14 | 19.10.2010 | 20:38 | Anal Fanatic Vol. 1 |
| 68. | 110 | Comcast Cable | 71.198.115.200 | 20.10.2010 | 00:59 | Anal Fanatic Vol. 1 |
| 69. | 113 | Comcast Cable | 174.59.123.50 | 20.10.2010 | 06:17 | Anal Fanatic Vol. 1 |
| 70. | 117 | Comcast Cable | 75.72.224.22 | 20.10.2010 | 06:57 | Anal Fanatic Vol. 1 |
| 71. | 122 | Comcast Cable | 98.196.97.35 | 20.10.2010 | 23:24 | Anal Fanatic Vol. 1 |
| 72. | 131 | Comcast Cable | 174.48.62.242 | 22.10.2010 | 02:47 | Anal Fanatic Vol. 1 |
| 73. | 133 | Comcast Cable | 174.59.123.50 | 22.10.2010 | 03:46 | Anal Fanatic Vol. 1 |
| 74. | 136 | Comcast Cable | 76.108.20.237 | 22.10.2010 | 16:51 | Anal Fanatic Vol. 1 |
| 75. | 137 | Comcast Cable | 98.232.169.73 | 22.10.2010 | 22:13 | Anal Fanatic Vol. 1 |
| 76. | 143 | Comcast Cable | 76.30.76.213 | 23.10.2010 | 09:16 | Anal Fanatic Vol. 1 |
| 77. | 147 | Comcast Cable | 67.162.117.251 | 23.10.2010 | 16:14 | Anal Fanatic Vol. 1 |
| 78. | 151 | Comcast Cable | 98.233.7.238 | 23.10.2010 | 22:17 | Anal Fanatic Vol. 1 |
| 79. | 156 | Comcast Cable | 174.56.135.210 | 24.10.2010 | 13:39 | Anal Fanatic Vol. 1 |
| 80. | 159 | Comcast Cable | 174.59.123.50 | 25.10.2010 | 09:34 | Anal Fanatic Vol. 1 |
| 81. | 164 | Comcast Cable | 174.53.148.126 | 25.10.2010 | 15:19 | Anal Fanatic Vol. 1 |
| 82. | 166 | Comcast Cable | 69.136.157.186 | 25.10.2010 | 15:20 | Anal Fanatic Vol. 1 |
| 83. | 167 | Comcast Cable | 98.233.7.238 | 25.10.2010 | 15:21 | Anal Fanatic Vol. 1 |
| 84. | 170 | Comcast Cable | 76.108.20.237 | 26.10.2010 | 00:21 | Anal Fanatic Vol. 1 |
| 85. | 171 | Comcast Cable | 76.16.249.221 | 26.10.2010 | 03:38 | Anal Fanatic Vol. 1 |
| 86. | 172 | Comcast Cable | 24.3.133.149 | 26.10.2010 | 03:41 | Anal Fanatic Vol. 1 |
| 87. | 174 | Comcast Cable | 69.181.152.114 | 26.10.2010 | 04:25 | Anal Fanatic Vol. 1 |
| 88. | 190 | Comcast Cable | 69.136.157.186 | 29.10.2010 | 12:20 | Anal Fanatic Vol. 1 |
| 89. | 193 | Comcast Cable | 76.108.20.237 | 29.10.2010 | 22:45 | Anal Fanatic Vol. 1 |
| 90. | 198 | Comcast Cable | 66.41.15.38 | 30.10.2010 | 04:46 | Anal Fanatic Vol. 1 |
| 91. | 201 | Comcast Cable | 174.61.67.180 | 31.10.2010 | 01:07 | Anal Fanatic Vol. 1 |
| 92. | 205 | Comcast Cable | 71.63.2.219 | 31.10.2010 | 18:47 | Anal Fanatic Vol. 1 |
| 93. | 208 | Comcast Cable | 71.236.67.120 | 31.10.2010 | 18:54 | Anal Fanatic Vol. 1 |
| 94. | 209 | Comcast Cable | 68.62.76.192 | 01.11.2010 | 00:30 | Anal Fanatic Vol. 1 |
| 95. | 213 | Comcast Cable | 67.172.144.175 | 01.11.2010 | 17:02 | Anal Fanatic Vol. 1 |

2

NYC_935833.1

| Does | Ref.No. | Provider (ISP) | IP Address | Date | Time | Title of Work |
|---|---|---|---|---|---|---|
| 96. | 216 | Comcast Cable | 76.108.20.237 | 02.11.2010 | 17:55 | Anal Fanatic Vol. 1 |
| 97. | 222 | Comcast Cable | 68.42.114.1 | 03.11.2010 | 08:30 | Anal Fanatic Vol. 1 |
| 98. | 224 | Comcast Cable | 67.172.144.175 | 03.11.2010 | 08:30 | Anal Fanatic Vol. 1 |
| 99. | 227 | Comcast Cable | 75.65.73.14 | 04.11.2010 | 13:27 | Anal Fanatic Vol. 1 |
| 100. | 230 | Comcast Cable | 76.108.20.237 | 04.11.2010 | 20:44 | Anal Fanatic Vol. 1 |
| 101. | 231 | Comcast Cable | 69.136.157.186 | 05.11.2010 | 00:21 | Anal Fanatic Vol. 1 |
| 102. | 235 | Comcast Cable | 75.73.33.110 | 05.11.2010 | 18:50 | Anal Fanatic Vol. 1 |
| 103. | 241 | Comcast Cable | 174.60.51.211 | 06.11.2010 | 09:34 | Anal Fanatic Vol. 1 |
| 104. | 247 | Comcast Cable | 98.207.83.94 | 07.11.2010 | 19:06 | Anal Fanatic Vol. 1 |
| 105. | 252 | Comcast Cable | 71.202.138.247 | 08.11.2010 | 08:38 | Anal Fanatic Vol. 1 |
| 106. | 257 | Comcast Cable | 69.136.157.186 | 09.11.2010 | 17:11 | Anal Fanatic Vol. 1 |
| 107. | 260 | Comcast Cable | 71.203.118.204 | 09.11.2010 | 18:47 | Anal Fanatic Vol. 1 |
| 108. | 262 | Comcast Cable | 67.182.51.183 | 09.11.2010 | 21:11 | Anal Fanatic Vol. 1 |
| 109. | 265 | Comcast Cable | 71.202.173.161 | 10.11.2010 | 04:02 | Anal Fanatic Vol. 1 |
| 110. | 266 | Comcast Cable | 24.129.60.252 | 10.11.2010 | 15:41 | Anal Fanatic Vol. 1 |
| 111. | 10 | Cox Communications | 68.10.86.237 | 09.10.2010 | 10:19 | Anal Fanatic Vol. 1 |
| 112. | 11 | Cox Communications | 68.103.132.217 | 09.10.2010 | 10:24 | Anal Fanatic Vol. 1 |
| 113. | 32 | Cox Communications | 68.228.230.214 | 11.10.2010 | 06:37 | Anal Fanatic Vol. 1 |
| 114. | 74 | Cox Communications | 68.106.160.158 | 16.10.2010 | 04:06 | Anal Fanatic Vol. 1 |
| 115. | 105 | Cox Communications | 98.182.27.239 | 19.10.2010 | 15:06 | Anal Fanatic Vol. 1 |
| 116. | 150 | Cox Communications | 98.163.246.236 | 23.10.2010 | 21:38 | Anal Fanatic Vol. 1 |
| 117. | 178 | Cox Communications | 68.103.173.130 | 27.10.2010 | 14:06 | Anal Fanatic Vol. 1 |
| 118. | 182 | Cox Communications | 70.173.19.107 | 28.10.2010 | 07:39 | Anal Fanatic Vol. 1 |
| 119. | 194 | Cox Communications | 68.103.173.130 | 30.10.2010 | 03:22 | Anal Fanatic Vol. 1 |
| 120. | 207 | Cox Communications | 70.173.19.107 | 31.10.2010 | 18:47 | Anal Fanatic Vol. 1 |
| 121. | 35 | EarthLink | 69.86.246.251 | 11.10.2010 | 14:54 | Anal Fanatic Vol. 1 |
| 122. | 37 | EarthLink | 76.15.214.166 | 11.10.2010 | 17:56 | Anal Fanatic Vol. 1 |
| 123. | 109 | EarthLink | 24.42.96.140 | 19.10.2010 | 22:38 | Anal Fanatic Vol. 1 |
| 124. | 118 | EarthLink | 24.233.159.77 | 20.10.2010 | 11:58 | Anal Fanatic Vol. 1 |
| 125. | 183 | EarthLink | 76.15.214.166 | 28.10.2010 | 13:14 | Anal Fanatic Vol. 1 |
| 126. | 184 | EarthLink | 69.86.246.251 | 28.10.2010 | 17:00 | Anal Fanatic Vol. 1 |
| 127. | 229 | EarthLink | 24.233.159.77 | 04.11.2010 | 18:13 | Anal Fanatic Vol. 1 |
| 128. | 268 | EarthLink | 24.233.159.77 | 10.11.2010 | 23:11 | Anal Fanatic Vol. 1 |
| 129. | 45 | North State Telephone Communications | 97.75.128.157 | 12.10.2010 | 17:52 | Anal Fanatic Vol. 1 |
| 130. | 70 | North State Telephone Communications | 97.75.128.157 | 15.10.2010 | 22:04 | Anal Fanatic Vol. 1 |
| 131. | 130 | North State Telephone Communications | 97.75.128.157 | 22.10.2010 | 02:33 | Anal Fanatic Vol. 1 |
| 132. | 195 | North State Telephone Communications | 97.75.128.157 | 30.10.2010 | 03:22 | Anal Fanatic Vol. 1 |
| 133. | 218 | North State Telephone Communications | 97.75.128.157 | 02.11.2010 | 23:21 | Anal Fanatic Vol. 1 |
| 134. | 83 | Optimum Online | 24.184.140.54 | 16.10.2010 | 20:28 | Anal Fanatic Vol. 1 |
| 135. | 146 | Optimum Online | 24.190.104.247 | 23.10.2010 | 16:14 | Anal Fanatic Vol. 1 |
| 136. | 148 | Optimum Online | 24.184.140.54 | 23.10.2010 | 17:45 | Anal Fanatic Vol. 1 |
| 137. | 179 | Optimum Online | 24.188.144.204 | 27.10.2010 | 19:05 | Anal Fanatic Vol. 1 |
| 138. | 191 | Optimum Online | 24.188.144.204 | 29.10.2010 | 13:48 | Anal Fanatic Vol. 1 |
| 139. | 199 | Optimum Online | 69.127.222.161 | 30.10.2010 | 14:18 | Anal Fanatic Vol. 1 |
| 140. | 233 | Optimum Online | 24.188.144.204 | 05.11.2010 | 08:13 | Anal Fanatic Vol. 1 |
| 141. | 237 | Optimum Online | 69.127.224.57 | 05.11.2010 | 19:27 | Anal Fanatic Vol. 1 |
| 142. | 244 | Optimum Online | 69.127.224.57 | 07.11.2010 | 08:39 | Anal Fanatic Vol. 1 |
| 143. | 251 | Optimum Online | 24.189.29.130 | 08.11.2010 | 02:00 | Anal Fanatic Vol. 1 |
| 144. | 7 | Qwest Communications | 97.112.133.26 | 09.10.2010 | 02:37 | Anal Fanatic Vol. 1 |
| 145. | 102 | Qwest Communications | 71.221.107.83 | 19.10.2010 | 14:50 | Anal Fanatic Vol. 1 |

| Does | Ref.No. | Provider (ISP) | IP Address | Date | Time | Title of Work |
|---|---|---|---|---|---|---|
| 146. | 204 | Qwest Communications | 71.32.192.173 | 31.10.2010 | 06:36 | Anal Fanatic Vol. 1 |
| 147. | 212 | Qwest Communications | 71.32.192.173 | 01.11.2010 | 15:37 | Anal Fanatic Vol. 1 |
| 148. | 51 | RCN Corporation | 207.237.136.134 | 14.10.2010 | 01:51 | Anal Fanatic Vol. 1 |
| 149. | 107 | RCN Corporation | 207.237.225.184 | 19.10.2010 | 20:29 | Anal Fanatic Vol. 1 |
| 150. | 135 | RCN Corporation | 207.237.225.184 | 22.10.2010 | 09:07 | Anal Fanatic Vol. 1 |
| 151. | 144 | RCN Corporation | 207.237.225.184 | 23.10.2010 | 10:13 | Anal Fanatic Vol. 1 |
| 152. | 1 | Road Runner | 67.244.154.251 | 08.10.2010 | 19:18 | Anal Fanatic Vol. 1 |
| 153. | 2 | Road Runner | 173.171.103.46 | 08.10.2010 | 19:18 | Anal Fanatic Vol. 1 |
| 154. | 21 | Road Runner | 184.59.3.109 | 10.10.2010 | 19:47 | Anal Fanatic Vol. 1 |
| 155. | 27 | Road Runner | 66.108.60.78 | 11.10.2010 | 02:46 | Anal Fanatic Vol. 1 |
| 156. | 34 | Road Runner | 24.43.182.72 | 11.10.2010 | 14:05 | Anal Fanatic Vol. 1 |
| 157. | 43 | Road Runner | 68.204.121.139 | 12.10.2010 | 09:34 | Anal Fanatic Vol. 1 |
| 158. | 48 | Road Runner | 76.187.209.181 | 13.10.2010 | 11:20 | Anal Fanatic Vol. 1 |
| 159. | 49 | Road Runner | 174.106.86.154 | 13.10.2010 | 21:35 | Anal Fanatic Vol. 1 |
| 160. | 50 | Road Runner | 67.244.154.251 | 13.10.2010 | 21:35 | Anal Fanatic Vol. 1 |
| 161. | 52 | Road Runner | 24.90.76.11 | 14.10.2010 | 17:48 | Anal Fanatic Vol. 1 |
| 162. | 55 | Road Runner | 76.94.75.143 | 14.10.2010 | 19:57 | Anal Fanatic Vol. 1 |
| 163. | 61 | Road Runner | 76.169.135.36 | 15.10.2010 | 04:59 | Anal Fanatic Vol. 1 |
| 164. | 68 | Road Runner | 67.244.154.251 | 15.10.2010 | 18:38 | Anal Fanatic Vol. 1 |
| 165. | 81 | Road Runner | 76.94.75.143 | 16.10.2010 | 18:40 | Anal Fanatic Vol. 1 |
| 166. | 84 | Road Runner | 67.11.221.247 | 16.10.2010 | 23:40 | Anal Fanatic Vol. 1 |
| 167. | 89 | Road Runner | 76.178.132.160 | 17.10.2010 | 13:05 | Anal Fanatic Vol. 1 |
| 168. | 92 | Road Runner | 70.124.82.197 | 17.10.2010 | 22:31 | Anal Fanatic Vol. 1 |
| 169. | 94 | Road Runner | 70.116.72.69 | 18.10.2010 | 03:03 | Anal Fanatic Vol. 1 |
| 170. | 116 | Road Runner | 174.110.167.152 | 20.10.2010 | 06:32 | Anal Fanatic Vol. 1 |
| 171. | 125 | Road Runner | 98.155.198.230 | 21.10.2010 | 04:56 | Anal Fanatic Vol. 1 |
| 172. | 129 | Road Runner | 66.108.60.78 | 21.10.2010 | 10:31 | Anal Fanatic Vol. 1 |
| 173. | 142 | Road Runner | 67.244.154.251 | 23.10.2010 | 09:15 | Anal Fanatic Vol. 1 |
| 174. | 157 | Road Runner | 173.173.71.235 | 24.10.2010 | 13:39 | Anal Fanatic Vol. 1 |
| 175. | 165 | Road Runner | 76.178.75.79 | 25.10.2010 | 15:20 | Anal Fanatic Vol. 1 |
| 176. | 168 | Road Runner | 71.72.46.47 | 25.10.2010 | 17:11 | Anal Fanatic Vol. 1 |
| 177. | 169 | Road Runner | 67.244.154.251 | 25.10.2010 | 21:43 | Anal Fanatic Vol. 1 |
| 178. | 175 | Road Runner | 98.148.51.237 | 26.10.2010 | 20:47 | Anal Fanatic Vol. 1 |
| 179. | 189 | Road Runner | 174.106.133.201 | 29.10.2010 | 12:20 | Anal Fanatic Vol. 1 |
| 180. | 200 | Road Runner | 173.173.71.235 | 30.10.2010 | 15:18 | Anal Fanatic Vol. 1 |
| 181. | 206 | Road Runner | 173.89.80.179 | 31.10.2010 | 18:47 | Anal Fanatic Vol. 1 |
| 182. | 214 | Road Runner | 173.173.71.235 | 01.11.2010 | 21:57 | Anal Fanatic Vol. 1 |
| 183. | 215 | Road Runner | 66.75.29.120 | 02.11.2010 | 06:17 | Anal Fanatic Vol. 1 |
| 184. | 234 | Road Runner | 173.173.71.235 | 05.11.2010 | 08:21 | Anal Fanatic Vol. 1 |
| 185. | 239 | Road Runner | 24.209.75.254 | 06.11.2010 | 03:58 | Anal Fanatic Vol. 1 |
| 186. | 240 | Road Runner | 66.75.29.120 | 06.11.2010 | 03:59 | Anal Fanatic Vol. 1 |
| 187. | 243 | Road Runner | 70.123.162.16 | 07.11.2010 | 07:56 | Anal Fanatic Vol. 1 |
| 188. | 245 | Road Runner | 66.75.29.120 | 07.11.2010 | 15:50 | Anal Fanatic Vol. 1 |
| 189. | 258 | Road Runner | 173.173.71.235 | 09.11.2010 | 17:23 | Anal Fanatic Vol. 1 |
| 190. | 259 | Road Runner | 66.75.29.120 | 09.11.2010 | 18:46 | Anal Fanatic Vol. 1 |
| 191. | 263 | Road Runner | 24.209.75.254 | 09.11.2010 | 21:13 | Anal Fanatic Vol. 1 |
| 192. | 269 | Road Runner | 66.108.60.78 | 10.11.2010 | 23:18 | Anal Fanatic Vol. 1 |
| 193. | 271 | Road Runner | 72.226.25.79 | 10.11.2010 | 23:46 | Anal Fanatic Vol. 1 |
| 194. | 273 | Road Runner | 75.176.87.154 | 11.11.2010 | 05:16 | Anal Fanatic Vol. 1 |
| 195. | 3 | SBC Internet Services | 69.237.154.253 | 08.10.2010 | 19:19 | Anal Fanatic Vol. 1 |

| Does | Ref.No. | Provider (ISP) | IP Address | Date | Time | Title of Work |
|---|---|---|---|---|---|---|
| 196. | 14 | SBC Internet Services | 69.237.154.253 | 10.10.2010 | 01:47 | Anal Fanatic Vol. 1 |
| 197. | 15 | SBC Internet Services | 99.135.92.115 | 10.10.2010 | 11:53 | Anal Fanatic Vol. 1 |
| 198. | 20 | SBC Internet Services | 68.255.4.125 | 10.10.2010 | 19:35 | Anal Fanatic Vol. 1 |
| 199. | 30 | SBC Internet Services | 99.160.9.119 | 11.10.2010 | 04:51 | Anal Fanatic Vol. 1 |
| 200. | 71 | SBC Internet Services | 70.234.139.180 | 15.10.2010 | 23:00 | Anal Fanatic Vol. 1 |
| 201. | 75 | SBC Internet Services | 71.134.234.129 | 16.10.2010 | 09:39 | Anal Fanatic Vol. 1 |
| 202. | 76 | SBC Internet Services | 70.234.146.1 | 16.10.2010 | 13:37 | Anal Fanatic Vol. 1 |
| 203. | 93 | SBC Internet Services | 99.175.77.206 | 18.10.2010 | 03:01 | Anal Fanatic Vol. 1 |
| 204. | 106 | SBC Internet Services | 99.144.194.105 | 19.10.2010 | 20:10 | Anal Fanatic Vol. 1 |
| 205. | 114 | SBC Internet Services | 70.252.190.149 | 20.10.2010 | 06:17 | Anal Fanatic Vol. 1 |
| 206. | 115 | SBC Internet Services | 76.209.63.225 | 20.10.2010 | 06:22 | Anal Fanatic Vol. 1 |
| 207. | 120 | SBC Internet Services | 99.141.239.164 | 20.10.2010 | 16:38 | Anal Fanatic Vol. 1 |
| 208. | 121 | SBC Internet Services | 99.141.228.142 | 20.10.2010 | 22:10 | Anal Fanatic Vol. 1 |
| 209. | 123 | SBC Internet Services | 71.129.235.142 | 20.10.2010 | 23:26 | Anal Fanatic Vol. 1 |
| 210. | 124 | SBC Internet Services | 99.135.171.80 | 21.10.2010 | 00:56 | Anal Fanatic Vol. 1 |
| 211. | 126 | SBC Internet Services | 99.141.245.188 | 21.10.2010 | 06:29 | Anal Fanatic Vol. 1 |
| 212. | 127 | SBC Internet Services | 99.141.235.14 | 21.10.2010 | 09:20 | Anal Fanatic Vol. 1 |
| 213. | 134 | SBC Internet Services | 76.209.63.225 | 22.10.2010 | 03:46 | Anal Fanatic Vol. 1 |
| 214. | 139 | SBC Internet Services | 76.217.198.58 | 23.10.2010 | 03:49 | Anal Fanatic Vol. 1 |
| 215. | 141 | SBC Internet Services | 76.209.50.95 | 23.10.2010 | 03:58 | Anal Fanatic Vol. 1 |
| 216. | 145 | SBC Internet Services | 71.129.235.142 | 23.10.2010 | 15:59 | Anal Fanatic Vol. 1 |
| 217. | 149 | SBC Internet Services | 69.227.172.91 | 23.10.2010 | 17:45 | Anal Fanatic Vol. 1 |
| 218. | 152 | SBC Internet Services | 76.209.55.157 | 24.10.2010 | 04:15 | Anal Fanatic Vol. 1 |
| 219. | 161 | SBC Internet Services | 76.209.58.150 | 25.10.2010 | 09:37 | Anal Fanatic Vol. 1 |
| 220. | 162 | SBC Internet Services | 76.209.56.170 | 25.10.2010 | 10:05 | Anal Fanatic Vol. 1 |
| 221. | 173 | SBC Internet Services | 75.34.152.166 | 26.10.2010 | 03:47 | Anal Fanatic Vol. 1 |
| 222. | 180 | SBC Internet Services | 99.142.12.127 | 27.10.2010 | 23:50 | Anal Fanatic Vol. 1 |
| 223. | 181 | SBC Internet Services | 99.141.251.85 | 28.10.2010 | 04:39 | Anal Fanatic Vol. 1 |
| 224. | 187 | SBC Internet Services | 99.141.210.217 | 29.10.2010 | 04:31 | Anal Fanatic Vol. 1 |
| 225. | 188 | SBC Internet Services | 99.141.234.38 | 29.10.2010 | 06:43 | Anal Fanatic Vol. 1 |
| 226. | 196 | SBC Internet Services | 99.141.245.243 | 30.10.2010 | 04:18 | Anal Fanatic Vol. 1 |
| 227. | 197 | SBC Internet Services | 71.129.235.142 | 30.10.2010 | 04:28 | Anal Fanatic Vol. 1 |
| 228. | 202 | SBC Internet Services | 69.227.172.91 | 31.10.2010 | 02:39 | Anal Fanatic Vol. 1 |
| 229. | 203 | SBC Internet Services | 76.231.84.66 | 31.10.2010 | 04:16 | Anal Fanatic Vol. 1 |
| 230. | 211 | SBC Internet Services | 99.14.88.187 | 01.11.2010 | 14:55 | Anal Fanatic Vol. 1 |
| 231. | 217 | SBC Internet Services | 99.151.196.87 | 02.11.2010 | 21:09 | Anal Fanatic Vol. 1 |
| 232. | 219 | SBC Internet Services | 99.135.171.179 | 03.11.2010 | 01:06 | Anal Fanatic Vol. 1 |
| 233. | 223 | SBC Internet Services | 75.24.105.35 | 03.11.2010 | 08:30 | Anal Fanatic Vol. 1 |
| 234. | 225 | SBC Internet Services | 69.227.172.91 | 04.11.2010 | 00:36 | Anal Fanatic Vol. 1 |
| 235. | 226 | SBC Internet Services | 75.24.105.35 | 04.11.2010 | 13:14 | Anal Fanatic Vol. 1 |
| 236. | 238 | SBC Internet Services | 99.141.255.129 | 05.11.2010 | 20:11 | Anal Fanatic Vol. 1 |
| 237. | 249 | SBC Internet Services | 99.14.93.177 | 07.11.2010 | 19:44 | Anal Fanatic Vol. 1 |
| 238. | 253 | SBC Internet Services | 99.14.93.177 | 09.11.2010 | 14:49 | Anal Fanatic Vol. 1 |
| 239. | 256 | SBC Internet Services | 76.231.84.66 | 09.11.2010 | 16:48 | Anal Fanatic Vol. 1 |
| 240. | 264 | SBC Internet Services | 99.141.237.146 | 10.11.2010 | 03:44 | Anal Fanatic Vol. 1 |
| 241. | 270 | SBC Internet Services | 99.141.235.87 | 10.11.2010 | 23:27 | Anal Fanatic Vol. 1 |
| 242. | 272 | SBC Internet Services | 99.141.222.151 | 11.11.2010 | 03:23 | Anal Fanatic Vol. 1 |
| 243. | 33 | Verizon Internet Services | 71.183.219.18 | 11.10.2010 | 07:13 | Anal Fanatic Vol. 1 |
| 244. | 36 | Verizon Internet Services | 108.21.222.157 | 11.10.2010 | 16:55 | Anal Fanatic Vol. 1 |
| 245. | 56 | Verizon Internet Services | 108.5.100.152 | 14.10.2010 | 21:04 | Anal Fanatic Vol. 1 |

NYC_935833.1

| Does | Ref.No. | Provider (ISP) | IP Address | Date | Time | Title of Work |
|---|---|---|---|---|---|---|
| 246. | 65 | Verizon Internet Services | 71.96.153.54 | 15.10.2010 | 14:06 | Anal Fanatic Vol. 1 |
| 247. | 132 | Verizon Internet Services | 173.55.188.142 | 22.10.2010 | 02:57 | Anal Fanatic Vol. 1 |
| 248. | 154 | Verizon Internet Services | 70.104.200.26 | 24.10.2010 | 10:18 | Anal Fanatic Vol. 1 |
| 249. | 158 | Verizon Internet Services | 173.51.153.143 | 24.10.2010 | 22:29 | Anal Fanatic Vol. 1 |
| 250. | 160 | Verizon Internet Services | 108.0.24.100 | 25.10.2010 | 09:34 | Anal Fanatic Vol. 1 |
| 251. | 176 | Verizon Internet Services | 96.245.205.96 | 27.10.2010 | 08:20 | Anal Fanatic Vol. 1 |
| 252. | 185 | Verizon Internet Services | 108.5.100.152 | 28.10.2010 | 20:46 | Anal Fanatic Vol. 1 |
| 253. | 192 | Verizon Internet Services | 108.21.222.157 | 29.10.2010 | 15:51 | Anal Fanatic Vol. 1 |
| 254. | 228 | Verizon Internet Services | 173.52.180.132 | 04.11.2010 | 14:58 | Anal Fanatic Vol. 1 |
| 255. | 236 | Verizon Internet Services | 173.52.133.52 | 05.11.2010 | 19:02 | Anal Fanatic Vol. 1 |
| 256. | 242 | Verizon Internet Services | 173.52.129.52 | 07.11.2010 | 05:04 | Anal Fanatic Vol. 1 |
| 257. | 246 | Verizon Internet Services | 108.21.222.157 | 07.11.2010 | 15:51 | Anal Fanatic Vol. 1 |
| 258. | 248 | Verizon Internet Services | 96.251.197.207 | 07.11.2010 | 19:06 | Anal Fanatic Vol. 1 |
| 259. | 254 | Verizon Internet Services | 108.21.222.157 | 09.11.2010 | 14:49 | Anal Fanatic Vol. 1 |
| 260. | 255 | Verizon Internet Services | 173.52.129.52 | 09.11.2010 | 14:50 | Anal Fanatic Vol. 1 |
| 261. | 29 | Windstream Communications | 71.28.33.238 | 11.10.2010 | 02:52 | Anal Fanatic Vol. 1 |
| 262. | 40 | Windstream Communications | 173.186.55.202 | 11.10.2010 | 22:42 | Anal Fanatic Vol. 1 |
| 263. | 59 | Windstream Communications | 98.17.175.240 | 15.10.2010 | 00:31 | Anal Fanatic Vol. 1 |
| 264. | 73 | Windstream Communications | 174.131.29.2 | 16.10.2010 | 00:18 | Anal Fanatic Vol. 1 |
| 265. | 177 | Windstream Communications | 71.28.46.85 | 27.10.2010 | 08:31 | Anal Fanatic Vol. 1 |
| 266. | 210 | Windstream Communications | 173.186.36.18 | 01.11.2010 | 00:33 | Anal Fanatic Vol. 1 |

NYC_935833.1