UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/11
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                  :

DIGIPROTECT USA CORP.,      :

            Plaintiff,    :       10 Civ. 8759 (TPG)

        – against –      :       **ORDER**

JOHN/JANE DOES 1-266,     :

           Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

By letter dated April 7, 2011, plaintiff requested leave to serve supplemental subpoenas on nonparties Time Warner Cable, Inc. ("TWC") and Comcast Cable Communications, Inc. ("Comcast"). TWC objected to this request in a letter dated April 12, 2011.

The supplemental subpoenas seek information regarding TWC and Comcast's compliance with various responsibilities under the Digital Millennium Copyright Act ("DMCA"). 17 U.S.C. § 512. While these purported responsibilities may have arisen in connection with the alleged activity of the Doe defendants in this case, TWC and Comcast's compliance with DMCA has nothing to with the ultimate liability of defendants in this case.

Therefore, plaintiff's application is denied.

Dated:  New York, New York
        May 23, 2011

_____
Thomas P. Griesa
U.S.D.J.