UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

DIGIPROTECT USA CORP.,

                 Plaintiff,

- against -

JOHN/JANE DOES 1-266,

                 Defendants.

------------------------------------------------x



10 Civ. 8759 (TPG)

**ORDER**

      This case comes before the court on a copyright infringement complaint brought by plaintiff, Digiprotect USA Corporation ("Digiprotect"), against unidentified individuals who are alleged to have illegally downloaded a pornographic movie. By order dated July 22, 2011, the court granted Digiprotect a sixty-day extension of time to file the complaint. These sixty days have passed and plaintiff has not requested additional time to serve its complaint. Accordingly, the court dismisses the action, without prejudice.

      SO ORDERED.

Dated:  New York, New York
         January 25, 2012

                                          Thomas P. Griesa
                                          U.S. District Judge